UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RINGO, STEVEN RAY § Case No. 11-14299
RINGO, MISTY MICHELLE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MARK A. WARSCO, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MARK A. WARSCO, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STEVEN RAY RINGO |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK A. WARSCO, TRUSTEE | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ROTHBERG LOGAN & WARSCO, LLP | | | | | |
| ROTHBERG LOGAN & WARSCO, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CBCS PO Box 164089 Dept 35 Columbus, OH 43216 | | | | | |
| | Chronicle-Tribune 610 South Adams Street Marion, IN 46953 | | | | | |
| | Credit Management 17070 Dallas Pkwy Dallas, TX 75248 | | | | | |
| | FFCC- Columbus, Inc P.O. Box 20790 Columbus, OH 43220 | | | | | |
| | First Bank 4630 Taylorsville Rd Louisville, KY 40220 | | | | | |
| | GLA Collection Company Inc Dept #002 PO Box 7728 Louisville, KY 40257 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grant County Courthouse 101 East 4th Street Suite 306 Marion, IN 46952 | | | | | |
| | I C System Inc PO Box 64378 Saint Paul, MN 55164 | | | | | |
| | I.E.I.F.S 2495 Directors Row Ste A Indianapolis, IN 46241 | | | | | |
| | IMC Credit Services 6955 Hillsdale Ct Indianapolis, IN 46250 | | | | | |
| | National Credit Solutions PO Box 15779 Oklahoma City, OK 73155 | | | | | |
| | Physicians Billing 500 North Wabash, Suite 101 Marion, IN 46952 | | | | | |
| | Professional Recovery Inc 7319 West Jefferson Blvd Fort Wayne, IN 46804 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000004 | CENTRAL BANK OF JEFFERSON COUNTY, I | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CREDIT BUREAU COLLECTION SERVICES | | | | | |
| 000002 | SENEX SERVICES CORP | | | | | |
| 000005 | UNITED CONSUMER FINANCIAL SVC (KIRB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-14299 | REG | Judge: ROBERT E. GRANT | Trustee Name: | MARK A. WARSCO, Trustee |
| Case Name: | RINGO, STEVEN RAY | | | Date Filed (f) or Converted (c): | 11/17/11 (f) |
| | RINGO, MISTY MICHELLE | | | 341(a) Meeting Date: | 12/15/11 |
| For Period Ending: | 02/21/13 | | | Claims Bar Date: | 06/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUNDS for 2011 (u) | 0.00 | 5,280.00 | | 5,973.00 | FA |
| fed $5973 (EIC $927) + state $955 (state EIC $0) = $6001 x 88% (day 321) = $5280 | | | | | |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. VIA CREDIT UNION SAVINGS | 5.00 | 0.00 | | 0.00 | FA |
| 4. GENERAL HOUSEHOLD GOODS AND FURNISHINGS | 1,250.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING AND PERSONAL ITEMS | 700.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY INCLUDING WEDDING RINGS | 300.00 | 0.00 | | 0.00 | FA |
| 7. DIVERSIFIED 401K THROUGH EMPLOYER ASPLANDH | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. CHILD SUPPORT OWED ON BEHALF OF CHILDREN (W) | 0.00 | 0.00 | | 0.00 | FA |
| Owed by Dave Randolph | | | | | |
| 9. 1999 PONTIAC MONTANA  140,000 MILES | 3,200.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $15,555.00 | $5,280.00 | $5,973.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/15/11-cew Section 341 meeting: Previous bkcy about 8-9 years ago, in Fort Wayne.  2011 refund will be much less, only expect about half; Trustee asked for copies of returns and cautioned not to spend any refund checks. Employer information current.  No support owed.  12/29/11-cew Refund turnover application mailed to IRS Insolvency.  1/6/12-cew Trustee's letter to attorney requesting copies of tax returns when filed and turnover of refund checks. 3/16/12-cew Received federal refund check for $5,973. Trustee's letter to Atty Sees reminding that we need tax returns. 4/16/12-cew Rec'd copies of tax returns for 2011.  Check cut to debtors for portion of federal refund not belonging to the estate.

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.01

Case 11-14299-reg   Doc 31   Filed 02/28/13   Page 9 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-14299   REG   Judge: ROBERT E. GRANT | Trustee Name: | MARK A. WARSCO, Trustee |
| Case Name: | RINGO, STEVEN RAY | Date Filed (f) or Converted (c): | 11/17/11 (f) |
| | RINGO, MISTY MICHELLE | 341(a) Meeting Date: | 12/15/11 |
| | | Claims Bar Date: | 06/19/12 |

8/14/12-cew Trustee's recommendation on claims.  August 22, 2012 (TDW) Application for Trustee Compensation has been filed.  Objections due 9/13.  August 29, 2012 (TDW) Application for Attorney Fees has been filed.  September 20, 2012 (TDW) Final Report has been submitted to USTE.  11/5/12-cew Trustee's final report filed.  11/8/12-cew Notices of final report mailed; objections due Nov 29, 2012.  December 14, 2012 (TDW) Checks mailed to creditors.  January 2, 2013 (TDW) Last check has cleared.  Ready for Final Account once January bank statement arrives.  February 20, 2013 (TDW) Final Account has been submitted to USTE.

Initial Projected Date of Final Report (TFR): 10/01/12           Current Projected Date of Final Report (TFR): 10/01/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: 11-14299 -REG | Trustee Name: MARK A. WARSCO, Trustee |
| Case Name: RINGO, STEVEN RAY | Bank Name: ASSOCIATED BANK |
| RINGO, MISTY MICHELLE | Account Number / CD #: *******0751 Checking Account |
| Taxpayer ID No: *******0232 | |
| For Period Ending: 02/21/13 | Blanket Bond (per case limit): $ 74,147,352.00 |
| | Separate Bond (if applicable): |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,252.95 | | 5,252.95 |
| 12/13/12 | 300001 | MARK A. WARSCO, Trustee<br>505 E. WASHINGTON BLVD.<br>P.O. BOX 11647<br>FORT WAYNE, IN 46859-1647 | Chapter 7 Compensation/Fees | 2100-000 | | 1,278.00 | 3,974.95 |
| 12/13/12 | 300002 | ROTHBERG LOGAN & WARSCO, LLP<br>505 E. WASHINGTON BLVD.<br>P.O. BOX 11647<br>FORT WAYNE, IN 46859-1647 | ATTORNEY FOR TRUSTEE FEES | | | 541.66 | 3,433.29 |
| | | | Fees          526.50 | 3110-000 | | | |
| | | | Expenses       15.16 | 3120-000 | | | |
| 12/13/12 | 300003 | Atlas Acquisitions LLC, assignee of<br>GE Capital - JCPenney Consumer<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 6.12103%<br>Acct -2425 | 7100-000 | | 54.64 | 3,378.65 |
| 12/13/12 | 300004 | Senex Services Corp.<br>Attn: Bankruptcy Dept.<br>PO BOx 90199<br>Indianapolis, IN 46268 | Claim 000002, Payment 6.12226%<br>Acct -3109 | 7100-000 | | 32.29 | 3,346.36 |
| 12/13/12 | 300005 | Credit Bureau Collection Services<br>Martin Lake, Attorney at Law<br>308 S. Boots Street<br>Marion, IN 46952 | Claim 000003, Payment 6.12136%<br>Acct 3157/3853 | 7100-000 | | 593.76 | 2,752.60 |
| 12/13/12 | 300006 | Central Bank of Jefferson County, Inc.<br>c/o Lloyd & McDaniel, PLC<br>11405 Park Road, Suite 200<br>PO Box 23200<br>Louisville, KY 40223-0200 | Claim 000004, Payment 6.12132%<br>Z280136 | 7100-000 | | 2,752.60 | 0.00 |

Page Subtotals        5,252.95        5,252.95

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-14299 -REG | | Trustee Name: | MARK A. WARSCO, Trustee |
|---|---|---|---|---|
| Case Name: | RINGO, STEVEN RAY | | Bank Name: | ASSOCIATED BANK |
| | RINGO, MISTY MICHELLE | | Account Number / CD #: | *******0751  Checking Account |
| Taxpayer ID No: | *******0232 | | | |
| For Period Ending: | 02/21/13 | | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,252.95 | 5,252.95 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 5,252.95 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,252.95 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,252.95 | |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Page: 3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-14299 -REG | Trustee Name: | MARK A. WARSCO, Trustee |
|---|---|---|---|
| Case Name: | RINGO, STEVEN RAY | Bank Name: | BANK OF AMERICA, N.A. |
| | RINGO, MISTY MICHELLE | Account Number / CD #: | *******1819  BofA - Checking Account |
| Taxpayer ID No: | *******0232 | | |
| For Period Ending: | 02/21/13 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/12 | 1 | UNITED STATES TREASURY | TAX REFUND/FEDERAL | 1224-000 | 5,973.00 | | 5,973.00 |
| 04/16/12 | 003001 | STEVEN RAY RINGO | Portion of year 2011 tax returns not belonging to the | 8500-000 | | 693.00 | 5,280.00 |
| | | MISTY MICHELLE RINGO | estate. | | | | |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.19 | 5,272.81 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.70 | 5,266.11 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.26 | 5,259.85 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.90 | 5,252.95 |
| 09/18/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,252.95 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,973.00 | 5,973.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,252.95 | |
| Subtotal | 5,973.00 | 720.05 | |
| Less:  Payments to Debtors | | 693.00 | |
| Net | 5,973.00 | 27.05 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0751 | 0.00 | 5,252.95 | 0.00 |
| BofA - Checking Account - ********1819 | 5,973.00 | 27.05 | 0.00 |
| | 5,973.00 | 5,280.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,973.00    5,973.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)